

The following constitutes
the order of the court. Signed June 15, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DANIEL JOSEPH SHAW and AMBER JUNE MCCLAIN SHAW,<br><br>       Debtors. | Case No. 15-50656 SLJ<br>Chapter 7 |
| JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST,<br>       Plaintiff,<br>    v.<br>DANIEL JOSEPH SHAW,<br>       Defendant. | AP No. 15-5060<br><br>Hearing<br>Date: June 14, 2016<br>Time: 1:30 PM<br>Place: Courtroom 3099<br>     280 South First Street<br>     San Jose, CA 95113 |

## ORDER DENYING MOTION TO DISMISS

  Defendant moved to dismiss the first claim for relief under § 523(a)(2)(A) in the Plaintiff's Second Amended Complaint. The matter came on for hearing at the above-referenced date and time. Vincent Renda, Esq., appeared for the Plaintiff; David Rao, Esq., appeared for the Defendant. The court considered the pleadings and arguments of the parties. For the reasons stated on the record,

  1. The motion is DENIED.

ORDER DENYING MOTION TO DISMISS    1/3

Case: 15-05060  Doc# 34  Filed: 06/15/16  Entered: 06/15/16 13:19:51  Page 1 of 3

2. Defendant shall file an answer by July 8, 2016.

3. A case management conference is scheduled on August 23, 2016, at 2:30 PM.

4. The parties shall submit case management conference statements by August 16, 2016.

IT IS SO ORDERED.

**END OF ORDER**

**COURT SERVICE LIST**

[ECF recipients only]