The following constitutes
the order of the court. Signed May 4, 2017

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL JOSEPH SHAW and AMBER JUNE McCLAIN SHAW,<br><br>Debtors. | CASE NO. 15-50656 SLJ<br><br>Chapter 7<br><br>Adv. Pro. No. 15-05060 SLJ |
| JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JOSEPH SHAW,<br><br>Defendant. | **JUDGMENT** |

The Court having read and reviewed the Stipulation for Entry of Judgment in favor of Jeffrey J. Garcia, individually and as trustee of the Jeffrey Jason Garcia Family 2001 Trust, and good cause appearing therefor, the Court now enters the following Judgment.

1.  Judgment shall be entered in favor of Plaintiff, Jeffrey J. Garcia and against Defendant, Daniel Joseph Shaw;

2.  Plaintiff is awarded damages in the amount of $314,804.00;

3. The Judgment is non-dischargeable under 11 U.S.C. § 523(a)(2)(A) and/or § 523(a)(4), and/or § 523(a)(6); and

4. All of the obligations under this Judgment are non-dischargeable, and none of them may be discharged by any bankruptcy petition or proceeding filed by or against the Defendant, including, without limitation, the above-captioned chapter 7 case or any other bankruptcy case.

END OF ORDER