James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
e-mail: Jamie@finalverdictsolutions.com
(484) 312-3300

Appearing In Pro Se

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL JOSEPH SHAW and AMBER JUNE McCLAIN SHAW,<br><br>Debtors. | CASE NO. 15-50656 SLJ<br><br>Chapter 7<br><br>Adv. Pro. No. 15-05060 SLJ |
| JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST,<br><br>Plaintiff<br><br>vs.<br><br>DANIEL JOSEPH SHAW,<br><br>Defendant | **ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**<br><br>C.C.P. § 673 |

COMES NOW JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original Judgment was entered in this Court on May 4, 2017.

Case: 15-05060   Doc# 61   Filed: 03/09/26   Entered: 03/09/26 13:22:15   Page 1 of 7

2) THAT Plaintiff JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST was awarded the amount of **$314,804.00** against Defendant DANIEL JOSEPH SHAW.

3) THAT there have been no renewals of judgment and Plaintiff has received $0.00 of judgment from judgment debtor.

4) JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST, whose current address is 519 Samuel Ct, Encinitas, CA 92024, is the judgment creditor of record.

5) THAT the last known address for the judgment debtor DANIEL JOSEPH SHAW is 15700 Winchester Blvd., Los Gatos, CA 95030.

6) That I, JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST, Plaintiff and Original Judgment Creditor, hereby irrevocably transfer, and assign all title, rights, and interest in the Judgment to the following person:

> JAMES E. SHELTON
> 316 Covered Bridge Road
> King of Prussia, PA 19406

7) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this Judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the Judgment awarded in the above-entitled action in the total amount of $314,804.00. This is an absolute assignment for the full amount of the Judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this Judgment.

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said Judgment, at his discretion, as well as to defend attack on the judgment, and I withdraw all right and claim to same.

9) JAMES E. SHELTON, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

-2-

Case: 15-05060    Doc# 61    Filed: 03/09/26    Entered: 03/09/26 13:22:15    Page 2 of 7

Signed this 23 day of February, 2026

BY: _____
JEFFREY J. GARCIA, individually and as
trustee of the JEFFREY JASON GARCIA
FAMILY 2001 TRUST
Plaintiff/Original Judgment Creditor

NOTARY ACKNOWLEDGMENT ON FOLLOWING PAGE

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT

-3-

Case: 15-05060    Doc# 61    Filed: 03/09/26    Entered: 03/09/26 13:22:15    Page 3 of 7

# NOTARY ACKNOWLEDGEMENT

STATE OF CALIFORNIA,

_____ County

On_____, before me,

_____,

(notary)

personally appeared, JEFFREY J. GARCIA,

(signer)

personally known to me

-- OR --

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument

WITNESS my hand and official seal

*CALIFORNIA NOTARIAL
CERTIFICATE ATTACHED*
Herman Billington - Notary Public

_____

(notary signature)

My Commission Expires: _____

# CALIFORNIA ACKNOWLEDGMENT

**CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Diego_ }

On _FEBRUARY 23, 2026_ before me, __Herman Billington - Notary Public__,
   *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared ___JEFFREY J. GARCIA___
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> **HERMAN BILLINGTON**
> Notary Public - California
> San Diego County
> Commission # 2444473
> My Comm. Expires May 12, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Herman Billington_
          Herman Billington - Notary Public

*Place Notary Seal and/or Stamp Above*

------ **OPTIONAL** ------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Acknowledgement of Assignment of Judgement_
Document Date: _02-23-2026_ _____ Number of Pages: _05_
Signer(s) Other Than Named Above: _None_

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _Jeffrey J. Garcia_
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☒ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association

**James E. Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**e-mail: Jamie@finalverdictsolutions.com**
**(484) 312-3300**

**Appearing In Pro Per**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

DANIEL JOSEPH SHAW and AMBER JUNE McCLAIN SHAW,

Debtors.

_____

JEFFREY J. GARCIA, individually and as trustee of the JEFFREY JASON GARCIA FAMILY 2001 TRUST,

Plaintiff

vs.

DANIEL JOSEPH SHAW,

Defendant

_____

CASE NO. 15-50656 SLJ

Chapter 7

Adv. Pro. No. 15-05060 SLJ

## CERTIFICATE OF SERVICE

I, James E. Shelton, do hereby certify that on March 2, 2026, I served true and correct copies of the foregoing Acknowledgement of Assignment of Judgment to the following parties in properly-addressed envelopes with adequate postage thereon via U.S. First Class mail addressed as follows:

**Daniel Joseph Shaw**
15700 Winchester Blvd
Los Gatos, CA 95030
*Debtor (Pro Se)*

Case: 15-05060    Doc# 61    Filed: 03/09/26    Entered: 03/09/26 13:22:15    Page 6 of 7

**Vincent Renda, Esquire**
Renda Law Offices, P.C.
600 W Broadway #400
San Diego, CA 92101
*Attorney for Plaintiff, Jeffrey J. Garcia*

Dated: March 2, 2026

Respectfully Submitted,

*James E. Shelton*

James E. Shelton
Assignee of Record, In Pro Per

CERTIFICATE OF SERVICE
-2-